HUGHES TOOL COMPANY, Appellant, *v.* BENJAMIN FIELDING, as Commissioner of Licenses of the City of New York, et al., Respondents.

Argued April 21, 1948; decided May 21, 1948.

*Charles Poletti, Sidney A. Diamond* and *Robert R. Eisner* for appellant.

*Milton R. Weir* for The League of New York Theatres, **Inc.,** *amicus curiæ,* in support of appellant's position.

*Emanuel Redfield* and *Osmond K. Fraenkel* for American Civil Liberties Union, *amicus curiæ,* in support of appellant's position.

*John P. McGrath, Corporation Counsel (Charles F. Preusse, W. Bernard Richland* and *Harry Hollander* of counsel), **for** respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.